# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL S.** and **KELLY R. PALMER,**
Appellants,

v.

**INDIAN RIVER COUNTY, FLORIDA,**
Appellee.

No. 4D2023-2384

[April 18, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312022CA000332.

Michael S. and Kelly R. Palmer, Vero Beach, pro se.

D. Johnathan Rhodeback and Mark W. Packard of Dill, Evans & Rhodeback, Sebastian, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***